UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN SHUNG,
    Plaintiff,

vs.                                Case No.:  3:25-cv-120/MCR/ZCB

SECRETARY OF HEALTH &
HUMAN SERVICES,
    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 20, 2025.  (Doc. 19).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 19) is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss, (Doc. 16), is **GRANTED**.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 12th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**